UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM MIMS, | Case No. 2:24-cv-1515-JDP (SS) |
| Plaintiff, | |
| v. | ORDER |
| LELAND DUDEK, Commissioner of Social Security, | |
| Defendant. | |

On March 21, 2025, plaintiff filed a motion for clarification. ECF No. 17. Therein, plaintiff states that she received a copy of the Certified Administrative Record from defendant, but that she is unsure of how to proceed. *Id.* Pursuant to the court's scheduling order, plaintiff is required to file a motion for summary judgment within thirty days of service of the administrative record. ECF No. 3 at 2. Defendant served the administrative record on plaintiff on March 10, 2025, thereby making plaintiff's motion for summary judgment late. However, in light of plaintiff's pro se status, the court will grant plaintiff an additional thirty days from the date of this order to file her motion for summary judgment. In that motion, plaintiff should explain why she believes the Administrative Law Judge's decision was erroneous. Although the court understands that plaintiff might appreciate additional guidance, the court is not permitted to provide plaintiff legal advice.

Accordingly, it is hereby ORDERED that plaintiff's request for clarification, ECF No. 17, is DENIED, and plaintiff is directed to file a motion for summary judgment within thirty days of this order's service.

IT IS SO ORDERED.

Dated:   April 23, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE