MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
ANGELA THORNTON-MILLARD, (IA 17922)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (816) 936-5079
angela.thornton-millard@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM MIMS,<br><br>            Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Civil No. 2:24-cv-1515-JDP<br><br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME |

Based upon Defendant's Motion for Extension of Time, and for good cause shown, **IT IS ORDERED** that Defendant file his Cross-Motion for Summary Judgment and Supporting Memorandum no later than July 23, 2025.

IT IS SO ORDERED.

Dated:    June 30, 2025                    _____

                                     JEREMY D. PETERSON
                                     UNITED STATES MAGISTRATE JUDGE